**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 18-2035

JEFFERSON LEE TRIPLETT, Co-Executor of the Estate of J. Herman Isner, deceased; PATRICK A. NICHOLS, Co-Executor of the Estate of J. Herman Isner, deceased,

Petitioners - Appellees,

and

SUMMIT COMMUNITY BANK, INC.,

Interpleader - Appellee,

v.

CLEVELAND BILLER, as Co-Trustee of the J. Herman Isner Revocable Trust and as Co-Trustee of the J. Herman and Doris F. Isner Charitable Trust,

Respondent - Appellant,

and

CATHY M. MUDGE; CLAY HEWITT; DAVID KISNER; NANCY HEWITT; DONNA TACY LEMONS; PETE E. TACY; PEGGY NEALE; DOROTHY R. MONTONEY, individually and as Co-Trustee of the J. Herman Isner Trust; BETTY MOOMAN, individually and as Co-Trustee of the J. Herman Isner Trust; DORIS T. BONNER, individually and as Co-Trustee of the J. Herman Isner Revocable Trust; JEFF KYLE, individually, as Co-Trustee of the J. Herman Isner Trust, and as Co-Trustee of the J. Herman Isner Revocable Trust #2; TERRY N. GOULD, as Co-Trustee of the J. Herman Isner Trust, as Co-Trustee of the J. Herman Isner Financial Trust, and as Co-Trustee of the J. Herman and Doris F. Isner Charitable Trust; CHARLES TRIPLETT, as Co-Trustee of the J. Herman Isner Revocable Trust and as Co-Trustee of the J. Herman and Doris F. Isner Charitable Trust; PATRICK A. NICHOLS, as Co-Trustee of the J. Herman Isner Financial Trust; T. RICHARD HARVEY, as Co-Trustee of the J. Herman Isner

Financial Trust; JEFFERSON LEE TRIPLETT, as Co-Trustee of the J. Herman Isner Revocable Trust #2,

                Respondents.

—————————

Appeal from the United States District Court for the Northern District of West Virginia, at Elkins.  John Preston Bailey, District Judge.  (2:18-cv-00058-JPB-MJA)

—————————

Submitted:  December 20, 2018                    Decided:  December 26, 2018

—————————

Before DIAZ and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Cleveland Biller, Appellant Pro Se.  Patrick Craig Timony, BOWLES RICE, LLP, Charleston, West Virginia, for Appellee Summit Community Bank, Inc.

—————————

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Cleveland Biller appeals the district court's order awarding attorney's fees and costs to Interpleader Summit Community Bank, Inc.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court. *Triplett v. Biller*, No. 2:18-cv-00058-JPB-MJA (N.D.W. Va. Aug. 9, 2018).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*